UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PRIDE CENTER OF TERRE HAUTE, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 2:25-CV-445-JPH-MG ) |
| INDIANA STATE UNIVERITY VICE PRESIDENT FOR UNIVERSITY ENGAGEMENT, *et al.*, | ) ) ) ) ) |
| Defendants. | ) |

**Order**

The parties having filed their Joint Motion Concerning Discovery and Briefing for Preliminary Injunction, and the Court having read the motion and being duly advised finds that good cause exists to grant it, and

IT IS THEREFORE ORDERED that discovery may commence in this case concerning the pending preliminary injunction motion and shall proceed as set out in the Joint Motion, and

IT IS FURTHER ORDERED that briefing of the preliminary injunction shall proceed pursuant to the following schedule:

- Plaintiff shall file its memorandum in support of the preliminary injunction no later than 15 days following the 30(b)(6) deposition of defendants that will occur no later than October 24, 2025;

- Defendants to file their memorandum in opposition no later than 28 days following the filing of plaintiff's memorandum, but will be given five additional

[1]

[2]

    days if this briefing overlaps with the Thanksgiving holiday—i.e., if the briefing is due between November 26, 2025 and November 28, 2025;

- Plaintiff to file its reply memorandum no later than 14 days following defendants' filing.

Date: 10/1/2025

                                                                  Mario Garcia
                                                                  United States Magistrate Judge
                                                                  Southern District of Indiana

cc:      All ECF-registered counsel of record