UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| PRIDE CENTER OF TERRE HAUTE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-445-JPH-MG |
| | ) | |
| INDIANA STATE UNIVERSITY VICE PRESIDENT FOR UNIVERSITY ENGAGEMENT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

Before the Court is the Motion to Withdraw Appearance of Stevie J. Pactor on behalf of the Plaintiff, Pride Center of Terre Haute, Inc. For good cause shown, the motion is **GRANTED**.

**IT IS SO ORDERED** this ___ day of October, 2026.

To: All ECF-registered counsel of record